**Carl H. Starrett II, Esq.      CSBN.   167822**
LAW OFFICES OF CARL H. STARRETT II
1941-C Friendship Drive
El Cajon, California 92020-1144
Telephone:     (619) 448-2129
Facsimile:     (619) 448-3036

Attorney for Debtor/Defendant SOUTHCHAY THAVISACK

Carl H. Starrett II, Esq.
1941-C Friendship Drive
El Cajon, California 92020
Telephone:   (619) 448-2129
Facsimile:   (619) 448-3036

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:  )<br>  )<br>SOUTHCHAY THAVISACK,  )<br>  )<br>  Debtor.  )<br>  )<br>  )<br>FIA CARD SERVICES, N.A. (F.K.A.  )<br>MBNA AMERICA BANK, N.A.  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>SOUTHCHAY THAVISACK,  )<br>  )<br>  Defendant.  )<br>  ) | **Case No.** 09-01686 LA7<br><br>**Adv. No.** 09-90193-LA<br><br>**ANSWER TO COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT** |

Defendant, SOUTHCHAY THAVISACK, in answer to Plaintiff's Complaint on file herein, admits, denies and alleges as follows:

1.      Answering Paragraph 1, this answering Defendant admits the allegations therein contained.

2.      Answering Paragraph 2, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

3.      Answering Paragraph 3, this answering Defendant admits the allegations therein contained.

4.     Answering Paragraph 4, this answering Defendant admits the allegations therein contained.

5.     Answering Paragraph 5, this answering Defendant admits the allegations therein contained.

6.     Answering Paragraph 6, this answering Defendant realleges and incorporates by reference as set out in full the answers to the allegations contained in Paragraphs 1 through 5 of the Complaint hereinabove.

7.     Answering Paragraph 7, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

8.     Answering Paragraph 8, this answering Defendant admits the allegations therein contained.

9.     Answering Paragraph 9, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

10.     Answering Paragraph 10, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

11.     Answering Paragraph 11, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

12.     Answering Paragraph 12, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

13.     Answering Paragraph 13, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

14.     Answering Paragraph 14, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

15.     Answering Paragraph 15, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

16.     Answering Paragraph 16, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

Carl H. Starrett II, Esq.
1941-C Friendship Drive
El Cajon, California 92020
Telephone:   (619) 448-2129
Facsimile:   (619) 448-3036

**ANSWER TO COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**
2

1    17.    Answering Paragraph 17, this answering Defendant denies, generally and
2 specifically, each and every allegation set forth therein.

3    18.    Answering Paragraph 18, this answering Defendant lacks sufficient information
4 and belief and on that basis denies the allegations set forth therein.

5    19.    Answering Paragraph 19, this answering Defendant denies, generally and
6 specifically, each and every allegation set forth therein.

7    20.    Answering Paragraph 20, this answering Defendant denies, generally and
8 specifically, each and every allegation set forth therein.

9    21.    Answering Paragraph 21, this answering Defendant denies, generally and
10 specifically, each and every allegation set forth therein.

11    22.    Answering Paragraph 22, this answering Defendant denies, generally and
12 specifically, each and every allegation set forth therein.

13    23.    Answering Paragraph 23, this answering Defendant denies, generally and
14 specifically, each and every allegation set forth therein.

15    24.    Answering Paragraph 24, this answering Defendant lacks sufficient information
16 and belief and on that basis denies the allegations set forth therein.

17    25.    Answering Paragraph 25, this answering Defendant lacks sufficient information
18 and belief and on that basis denies the allegations set forth therein.

19    26.    Answering Paragraph 26, this answering Defendant lacks sufficient information
20 and belief and on that basis denies the allegations set forth therein.

21    27.    Answering Paragraph 27, this answering Defendant denies, generally and
22 specifically, each and every allegation set forth therein.

23                    **FIRST AFFIRMATIVE DEFENSE**

24    28.    As a first affirmative defense, Defendant alleges that the adversary complaint
25 was not filed with substantial justification pursuant to 11 USC § 523(d) in that Plaintiff did not
26 conduct an adequate investigation into the merits of Defendant's Chapter 7 filing.

27 ///

28 ///

*Carl H. Starrett II, Esq.*
*1941-C Friendship Drive*
*El Cajon, California 92020*
*Telephone:  (619) 448-2129*
*Facsimile:    (619) 448-3036*

**ANSWER TO COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**
3

Carl H. Starrett II, Esq.
1941-C Friendship Drive
El Cajon, California 92020
Telephone:  (619) 448-2129
Facsimile:   (619) 448-3036

## SECOND AFFIRMATIVE DEFENSE

29.    As a second affirmative defense, Plaintiff fails to state a cause of action pursuant to 11 U.S.C. §523(a)(2)(a)(b) or (c) against Defendant that Defendant's obligations are not dischargeable.

## THIRD AFFIRMATIVE DEFENSE

30.    As a third affirmative defense, Plaintiff fails to state any facts that the charges and advances claimed to be owed to Plaintiff were for luxury goods or services pursuant to 11 U.S.C. §523 (a)(2)(c).

## FOURTH AFFIRMATIVE DEFENSE

31.    As a fourth affirmative defense, Plaintiff fails to state any facts to bring the charges and advances taken by Defendant prior to the filing of a Chapter 7 petition within the 90 day presumption period for luxury goods or services pursuant to 11 U.S.C. §523 (a)(2)(c).

**WHEREFORE,** the Defendant prays for judgment as follows:

1.    An Order that Plaintiff take nothing;

2.    An Order determining that the debts that are the subject of Plaintiff's Complaint are deemed to be dischargeable;

3.    An Order awarding Defendant costs and attorney's fees pursuant to 11 U.S.C. §523, subdivision (d); and

4.    An Order awarding Defendant such further relief as this Court deems just and equitable.

Dated: May 20, 2009                         _____/s/ Carl H. Starrett II_____
                                            Carl  H.  Starrett  II,  Esq.,  Attorney  for
                                            SOUTHCHAY THAVISACK

---

**ANSWER TO COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 20, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:  Jerome A. Yelsky, Esq., yelsky@cherinandyelsky.com; and I hereby certify that I have mailed by U.S. Postal Service the foregoing to the following non-CM/ECF participants: not applicable.

Dated:  May 20, 2009                              /s/ Carl H. Starrett II

Carl H. Starrett II, Esq.
1941-C Friendship Drive
El Cajon, California 92020
Telephone:   (619) 448-2129
Facsimile:   (619) 448-3036