**Carl H. Starrett II, Esq.     CSBN.  167822**
LAW OFFICES OF CARL H. STARRETT II
1941-C Friendship Drive
El Cajon, California 92020-1144
Telephone:     (619) 448-2129
Facsimile:     (619) 448-3036

Attorney for Debtor/Defendant SOUTHCHAY THAVISACK

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 09-01686 LA7 |
| SOUTHCHAY THAVISACK, | Adv. No. 09-90193-LA |
| Debtor. | **REPLY BRIEF IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS** |
| FIA CARD SERVICES, N.A. (F.K.A. MBNA AMERICA BANK, N.A. | |
| Plaintiff, | |
| v. | |
| SOUTHCHAY THAVISACK, | |
| Defendant. | |

Debtor SOUTHCHAY THAVISACK hereby files her reply to the opposition to her Motion for Judgment on the Pleadings.

## I.
## INTRODUCTION

Plaintiff's opposition to the motion for judgment on the pleadings is long on rhetoric, but short on the law and supporting facts.  Plaintiff's opposition merely alludes to possibility of facts that if properly plead in the complaint, could overcome the heightened pleading requirements set forth a recent decision by the U.S. Supreme Court. See <u>Ashcroft v. Iqbal</u>, No.

07-1015, slip. Op. at 14 (U.S. May 18, 2009). The court should disregard Plaintiff's innuendo and restrict its review to the "four corners of the complaint".

Furthermore, the court should disregard Plaintiff's untimely opposition as more fully outline below.

## II.   THE COURT MUST LIMIT ITS REIVEW TO THE FOUR CORNERS FO THE COMPLAINT

When ruling on a Rule 12(b)(6) motion or motion for judgment on the pleadings, the court is confined by the facts contained in the four corners of the complaint. *See White v. Lee,* 227 F.3d 1214, 1242 (9th Cir.2000).

Plaintiff's opposition alludes to potential factual allegations that are simply not contained in the complaint. As outlined in Defendant's moving papers, the general lack of factual allegations to support the Complaint make require the court to dismiss the Complaint.

## III.   THE COURT SHOULD DISREGARD PLAINTIFF'S UNTIMELY OPPOSITION

Defendant's moving papers were served on June 15, 2009. Plaintiff's opposition was due on July 2, 2009 in accordance with local bankruptcy rules. However, Plaintiff did not file and serve its opposition until July 22, 2009.

## IV.   CONCLUSION

Based on the foregoing, Defendant respectfully requests that Court grant this Motion for Judgment on the Pleadings and enter judgment against Plaintiff.

Dated: August 18, 2009            By: /s/ Carl H. Starrett II
                                      Carl H. Starrett II, Esq., Attorney for
                                      SOUTHCHAY THAVISACK

**Carl H. Starrett II, Esq.**
**1941-C Friendship Drive**
**El Cajon, California 92020**
**Telephone: (619) 448-2129**
**Facsimile: (619) 448-3036**

**REPLY BRIEF IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**
2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 18, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Jerome A. Yelsky, Esq., yelsky@cherinandyelsky.com, angelan@w-legal.com and heidyv@w-legal.com and I hereby certify that I have mailed by U.S. Postal Service the foregoing to the following non-CM/ECF participants: not applicable.

Dated: August 18, 2009                                             /s/ Carl H. Starrett II

Carl H. Starrett II, Esq.
1941-C Friendship Drive
El Cajon, California 92020
Telephone: (619) 448-2129
Facsimile: (619) 448-3036

**REPLY BRIEF IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**

3