# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

**ADV:** 09-90193

**FIA CARD SERVICES, N.A. (F.K.A. MBNA AME VS SOUTCHAY THAVISACK**

| | |
|---|---|
| **Debtor:** | SOUTCHAY THAVISACK |
| **Case Number:** | 09-01686-LA7      **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, AUGUST 20, 2009 02:00 PM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matter:

DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS FILED BY CARL H. STARRETT II ON BEHALF OF SOUTCHAY THAVISACK.

### Appearances:

LISA LAQUA, ATTORNEY FOR FIA CARD SERVICES, N.A. (F.K.A. MBNA AME
CARL H. STARRETT, ATTORNEY FOR SOUTCHAY THAVISACK

### Disposition:

Motion GRANTED WITH LEAVE TO AMEND.  Plaintiff's complaint fails to contain sufficient factual allegations to state a claim for relief that is plausible on its face.  Ashcroft v. Iqbal, U.S.S.C., slip op., 5/18/09.  Complaint merely recites conclusions.  However, plaintiff's response to this motion indicates that it may have sufficient factual basis to plead a case for fraud.  Court will require amended complaint to be filed within 20 days of this hearing date and admonishes plaintiff to do so in a timely manner (unlike its opposition to this motion).

If movant is prepared to accept the tentative ruling, he should notify plaintiff's counsel and the courtroom deputy Ms. Fearce and his appearance will be excused.  Movant to prepare an order granting his motion as set forth above.

In Court Disposition-Plaintiff has 20 days to file an amended complaint with facts.