**Carl H. Starrett II, Esq.    CSBN.  167822**
LAW OFFICES OF CARL H. STARRETT II
1941-C Friendship Drive
El Cajon, California 92020-1144
Telephone:    (619) 448-2129
Facsimile:    (619) 448-3036

Attorney for Debtor/Defendant SOUTHCHAY THAVISACK

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | **Case No.** 09-01686 LA7 |
| SOUTHCHAY THAVISACK, | **Adv. No.** 09-90193-LA |
| Debtor. | **ANSWER TO AMENDED COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT** |
| FIA CARD SERVICES, N.A. (F.K.A. MBNA AMERICA BANK, N.A. | |
| Plaintiff, | |
| v. | |
| SOUTHCHAY THAVISACK, | |
| Defendant. | |

Defendant, SOUTHCHAY THAVISACK, in answer to Plaintiff's Complaint on file herein, admits, denies and alleges as follows:

1.    Answering Paragraph 1, this answering Defendant admits the allegations therein contained.

2.    Answering Paragraph 2, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

3.    Answering Paragraph 3, this answering Defendant admits the allegations therein contained.

**ANSWER TO AMENDED COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**
1

Carl H. Starrett II, Esq.
1941-C Friendship Drive
El Cajon, California 92020
Telephone: (619) 448-2129
Facsimile: (619) 448-3036

4. Answering Paragraph 4, this answering Defendant admits the allegations therein contained.

5. Answering Paragraph 5, this answering Defendant admits the allegations therein contained.

6. Answering Paragraph 6, this answering Defendant realleges and incorporates by reference as set out in full the answers to the allegations contained in Paragraphs 1 through 5 of the Complaint hereinabove.

7. Answering Paragraph 7, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

8. Answering Paragraph 8, this answering Defendant admits the allegations therein contained.

9. Answering Paragraph 9, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

10. Answering Paragraph 10, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

11. Answering Paragraph 11, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

12. Answering Paragraph 12, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

13. Answering Paragraph 13, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

14. Answering Paragraph 14, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

15. Answering Paragraph 15, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

16. Answering Paragraph 16, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

Carl H. Starrett II, Esq.
1941-C Friendship Drive
El Cajon, California 92020
Telephone: (619) 448-2129
Facsimile: (619) 448-3036

17. Answering Paragraph 17, this answering Defendant denies, generally and specifically, each and every allegation set forth therein.

18. Answering Paragraph 18, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

19. Answering Paragraph 19, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

20. Answering Paragraph 20, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

21. Answering Paragraph 21, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

22. Answering Paragraph 22, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

23. Answering Paragraph 23, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

24. Answering Paragraph 24, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

25. Answering Paragraph 26, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

26. Answering Paragraph 26, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

27. Answering Paragraph 27, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

28. Answering Paragraph 28, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

29. Answering Paragraph 29, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

30. Answering Paragraph 30, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

**Carl H. Starrett II, Esq.**
**1941-C Friendship Drive**
**El Cajon, California 92020**
**Telephone: (619) 448-2129**
**Facsimile: (619) 448-3036**

31. Answering Paragraph 31, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

32. Answering Paragraph 32, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

33. Answering Paragraph 33, this answering Defendant lacks sufficient information and belief and on that basis denies the allegations set forth therein.

## FIRST AFFIRMATIVE DEFENSE

34. As a first affirmative defense, Defendant alleges that the adversary complaint was not filed with substantial justification pursuant to 11 USC § 523(d) in that Plaintiff did not conduct an adequate investigation into the merits of Defendant's Chapter 7 filing.

## SECOND AFFIRMATIVE DEFENSE

35. As a second affirmative defense, Plaintiff fails to state a cause of action pursuant to 11 U.S.C. §523(a)(2)(a)(b) or (c) against Defendant that Defendant's obligations are not dischargeable.

## THIRD AFFIRMATIVE DEFENSE

36. As a third affirmative defense, Plaintiff fails to state any facts that the charges and advances claimed to be owed to Plaintiff were for luxury goods or services pursuant to 11 U.S.C. §523 (a)(2)(c).

## FOURTH AFFIRMATIVE DEFENSE

37. As a fourth affirmative defense, Plaintiff fails to state any facts to bring the charges and advances taken by Defendant prior to the filing of a Chapter 7 petition within the 90 day presumption period for luxury goods or services pursuant to 11 U.S.C. §523 (a)(2)(c).

**WHEREFORE,** the Defendant prays for judgment as follows:

1. An Order that Plaintiff take nothing;

2. An Order determining that the debts that are the subject of Plaintiff's Complaint are deemed to be dischargeable;

3. An Order awarding Defendant costs and attorney's fees pursuant to 11 U.S.C. §523, subdivision (d); and

Carl H. Starrett II, Esq.
1941-C Friendship Drive
El Cajon, California 92020
Telephone: (619) 448-2129
Facsimile: (619) 448-3036

**ANSWER TO AMENDED COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**
4

4. An Order awarding Defendant such further relief as this Court deems just and equitable.

Dated: September 2, 2009     /s/ Carl H. Starrett II
Carl H. Starrett II, Esq., Attorney for SOUTHCHAY THAVISACK

Carl H. Starrett II, Esq.
1941-C Friendship Drive
El Cajon, California 92020
Telephone: (619) 448-2129
Facsimile: (619) 448-3036

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 2, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Jerome A. Yelsky, Esq., yelsky@cherinandyelsky.com; and I hereby certify that I have mailed by U.S. Postal Service the foregoing to the following non-CM/ECF participants: not applicable.

Dated:  September 2, 2009                                                            /s/ Carl H. Starrett II

Carl H. Starrett II, Esq.
1941-C Friendship Drive
El Cajon, California 92020
Telephone:  (619) 448-2129
Facsimile:  (619) 448-3036