WEINSTEIN & RILEY, P.S.
Jerome A. Yelsky – SBN 75240
Of Counsel
12100 Wilshire Blvd, Suite 1100
Los Angeles CA 90025

Telephone:  310-820-6529
Facsimile:   310-826-2321

Attorneys for Plaintiff

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 7 |
|---|---|
| Southchay Thavisack, | Bankruptcy No. 09-01686 LA |
| Debtor(s). | Adversary Case No. 09-90193 LA |
| | STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING |
| FIA Card Services, N.A. (f.k.a. MBNA America Bank, N.A.) | |
| Plaintiff, | |
| vs. | |
| Southchay Thavisack, | |
| Defendant(s) | |

It is hereby stipulated by and between the parties that:

1. Plaintiff FIA Card Services, N.A. (f.k.a. MBNA America Bank, N.A.)'s adversary proceeding against Debtor(s)/Defendant(s) is dismissed with prejudice.

2. Plaintiff and Defendant(s) each shall bear their own costs and attorneys' fees incurred in this matter.

1

3.  No consideration has been paid or promised by or on behalf of Debtor/Defendant Southchay Thavisack for the dismissal of this adversary proceeding, for account numbers XXXXXX6572 and XXXXXX4279.

Weinstein & Riley, P.S.

Dated: 12/1/09

*/s/ Yelsky*

Jerome A. Yelsky, Of Counsel
Attorneys for Plaintiff

Dated: 12-1-09

Carl Starrett II
Attorney for Debtor

2

1

## SERVICE LIST

2
3
4  Southchay Thavisack
   3072 44th St # A
5  San Diego, CA 92105

6
7  Carl Starrett II
   Law Offices Of Carl Starrett II
   1941-C Friendship Drive
8  El Cajon, CA 92020

9  Jerome A. Yelsky, Of Counsel
   Weinstein & Riley, P.S.
10 12100 Wilshire Blvd., Suite 1100
11 Los Angeles, CA  90025

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28